UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL HARPER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 25-cv-3179 |
| BRITTANY GREENE, Warden, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Pursuant to the Seventh Circuit's Order (Doc. 7), Petitioner's application for leave to file a successive § 2254 Petition has been granted. Upon review of the Petition, however, the Court finds that transferring the case is in the interest of justice. Petitioner has filed a habeas petition under 28 U.S.C. § 2254 challenging his conviction from the Circuit Court for Cook County, Illinois. Cook County is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(a)(1). He is confined in this district at the Western Correctional Center in Brown County, Illinois. 28 U.S.C. § 93(b). Both this Court and the Northern District of Illinois have jurisdiction over this action. *See* 28 U.S.C. § 2241(d). However, district courts in Illinois usually transfer cases filed in the district of confinement to the district of conviction. This is because, generally, a habeas corpus petition is most desirable in the district where the material events took place and where the records and witnesses are likely found. *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 493-94 (1973). Additionally, in this case, Harper's previous § 2254 habeas petition was adjudicated in the district of conviction as well.

Section 1404(a) authorizes the Court to transfer this action to any other district where it might have been brought, based on "the convenience of parties and witnesses" and "in the interest of justice." 28 U.S.C. § 1404(a). Accordingly, pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion, the Court will transfer this case to the Eastern Division of United States District Court for the Northern District of Illinois for such further proceedings as that court may deem necessary.

**IT IS THEREFORE ORDERED**:

1. The Clerk is DIRECTED to REOPEN the case and FILE the successive § 2254 Petition;

2. This case is *sua sponte* TRANSFERRED in the interests of justice to the Eastern Division of the United States District Court for the Northern District of Illinois.

Signed on this 2nd day of September 2025.

> */s/ Colleen R. Lawless*
> Colleen R. Lawless
> United States District Judge