PC SCAN

FILED
10/21/2025    AXK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED   STATES   DISTRICT   COURT   FOR   NORTHERN   ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| MICHAEL HARPER<br><br>   PETITIONER<br><br><br>VS.<br><br><br><br>WARDEN BRITTANY GREENE<br><br>   RESPONDENT | COURT CASE NO:" 2025 CV 11096<br><br>HON. JUDGE JOHN R. BLAKEY |

## PETITIONER'S MOTION FOR JUDICIAL DISQUALIFICATION PURSUANT

## TO 28 U.S.C. 455 AND/OR 28 U.S.C. 144

Now comes Petitioner, Michael Harper, pro se, and pursuant to 28 U.S.C 455 abd/or

28 U.S.C. 144, moves this Honorable Court for the entry of an order, instanter, for Judicial

Disqualification of Judge John R. Blakey from this above captioned case, and in support thereof,

States the following:

(1)     It has been statutorily well-settled that any federal judge of the United States shall disqualify himself/herself in any proceeding where he/she had served in government employment, and in such capacity participated as counsel/advisor in a proceeding concerning the merits of the particular subject case in controversy.  28 U.S.C 455(b)(3) (1990)

(2)     Here, it is well-documented that U.S. District Court Judge John Robert Blakey served as the Chief of the Special Prosecution Bureau for the Office of the Cook County States Attorneys during the years 2009 to 2014; during which time Petitioner's underlying post-conviction proceedings were litigated before Cook County Judge Kenneth Wadas and prosecuted by several attorneys from the Cook County States Attorneys' Office.   More important, these aforementioned post-conviction proceedings were based significantly in part on outrageous and highly prejudicial prosecutorial misconduct by A/S/A  Michael Gerber of the said Cook County States Attorneys Office during Petitioner's (2) criminal jury trials; all of which substantially serves as a significant constitutional claim in Petitioner's pending Federal Habeas Corpus Petition in controversy before this Court.

(3)     Thus, consistent with the aforementioned statutory language of 28 U.S.C 455 (b)(3), Petitioner respectfully requests that Judge John Robert Blakey disqualify himself due to his well-documented prior service as Chief of the Special Prosecution Bureau of the Cook County States Attorneys Office during Petitioner's aforementioned post-conviction proceedings which are a significant basis for Petitioner's constitutional claims of outrageous prosecutorial misconduct in Petitioner's pending Federal Habeas Corpus Petition before this Court.

**-3-**

(4)      Moreover,  in accordance with 28 U.S.C 144, Petitioner respectfully attaches and submits his sworn affidavit in further support of this requested Judicial Disqualification  of Judge John Robert Blakey.

(5)      THEREFORE,  based on the aforementioned and well-documented record, and consistent with the statutory language of 28 U.S.C. 455 and/or 28 U.S.C 144, Petitioner respectfully moves this Honorable Court for the entry of an Order, Instanter, granting Petitioner's said Motion for Judicial Disqualification.

Respectfully submitted

_Michael Harper_ (JP)

MICHAEL HARPER ( PRO SE PETITIONER)

PRISONER ID # BD3541

WESTERN ILLINOIS CORRECTIONAL CTR.

2500 ROUTE #99 SOUTH

MT. STERLING, ILL  62353

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN ILLENOES EASTERN
DEVISION.

MICHAEL HAYLER,
Petitioner,

V.

BRITTANY GREENE (WARDEN)
Respondent.

COURT CASE NO: 2025 CV 11096

## CERTIFICATE OF SERVICE

TO: THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
ILLINOES DEVISION
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOES 60602

PLEASE take notice that on October 21st, 2025, the undersigned submitted for the filing the original MOTION FOR JUDICIAL DISQUALIFICATION WITH A SUPPORTING AFFIDAVIT with the clerk of the united states District Court For the Northern Illinois Devision at the address provided above, by E-Filing the same at Western Illinois Correctional Center Law Library, 2500 Route 99 south, mount Sterling, Illinois 62353.

Michael Hayler
MICHAEL HAYLER, B03541
WESTERN ILLINOES C.C.
2500 ROUTE 99 SOUTH 62353