February 5, 2026.

TO:    Honorable Judge Charles P. Kocoras
        United States District Court
        Northern District of Illinois
        219 South Dearborn Street
        Chicago, IL 60604

FROM:  Michael Harper, B03541
        Western Illinois Correctional Center
        2500 Rt. 99 South
        Mount Sterling, IL 62353

RE: Harper v. Greene, Case No.: 25-cv-11096

Dear Honorable Judge Kocoras:

I hope this letter finds you and your loved ones in the very best of health and spirit. As for me, I am blessed, despite all of injustices I have suffered.

On or around October 17th, 2025, I received from the clerk a notification of docket entry, which is document 11 in the above captioned case.

Your Honor, in the docket entry, you requested that my case be transferred to the Executive Committee for reassignment to another Judge.

After I learned that my case was assigned to the Honorable John Robert Blakey, on October 21st, 2025, I submitted for the filing my Motion for Judicial Disqualification with a supporting affidavit with the Clerk of the Northern District, by E-Filing the same at Western Illinois Correctional Center in law library. But as to date, I have received no ruling on the said Motion for Judicial Disqualification. For all the above sated reasons, and because my case was initially assigned to you, your Honor, is why I write to you today, in hopes that you could check to see why my Motion for Judicial Disqualifica-

tion has not been ruled on.

    I thank you in advance for your time and consideration.

                                      Sincerely,

                              /s/ Michael Harper
                                Michael Harper.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Michael Harper,<br>    Petitioner, | )<br>)<br>) |
| v. | ) Case No.: 25-cv-11096<br>) |
| Brittany Greene,<br>    Respondent. | )<br>)<br>) |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on February 5th, 2026, the undersigned submitted for the filing his LETTER addressed to the Honorable Judge Charles P. Kocoras with the Clerk of the United States District Court for the Norther District of Illinois, Eastern Division, by depositing the same in the U.S. Mail at Western Illinois Correctional Center, 2500 Route 99 South, Mount Sterling, Illinois 62353, with proper postage prepaid.

/s/ Michael Harper

Michael Harper, Pro Se
Reg. No. B03541
Western Illinois
Correctional Center
2500 Rt. 99 South
Mt. Sterling, IL 62353

MICHAEL HARPER, B09541
WESTERN ILLINOIS C.C.
2500 ROUTE 99 SOUTH
MOUNT STERLING, IL 62353

LEGAL MAIL

OFFICE OF
CLERK OF THE U.S. DISTRICT
COURT NORTHERN DISTRICT OF
IN CARE OF THE PRISONER CORRESPONDENT
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



US POSTAGE — PITNEY BOWES
ZIP 62353
02 7W
$000.74
0008040585 FEB 06 2026

02/11/2026-1