PC SCAN

FILED
6/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EE

MICHAEL HARPER, B03341
WESTERN ILLINOIS C.C.
2500 ROUTE 99 SOUTH
MOUNT STERLING, IL 62353

JUNE 4TH, 2026

HONORABLE JUDGE JOHN ROBERT BLAKEY
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

RE: REQUEST FOR TELEPHONE/ZOOM STATUS CONFERENCE PURSUANT TO 47 CFR SEC. 1.248 IN THE MATTER HARPER V. GREENE/ COURT CASE # 25 CV 11096

DEAR HONORABLE JUDGE BLAKEY:

Petitioner, michael Harper, pro se, pursuant to 47 CFR Sec 1.248, respectfully requests this Honorable Court for a telephonic/ Zoom Status Conference in this above captioned matter for the following stated reason:

WELL-DOCUMENTED PROCEDURAL CASE HISTORY

1) On June 27TH, 2025, michael Harper, pro se, court-filed his factually and legally well-supported Federal Habeas Corpus petition

pursuant to 28 U.S.C 2254, based on well documented and meritorious Federal Constitutional Claims of outrageous prosecutorial and police misconduct as well as wilful ineffective assistance of counsel; all of which foreseeably resulted in his wrongful felony murder conviction in wilful violations of his 5th, 6th, and 14th Amendment rights to our U.S. Constitution.

2) On July 30th, 2025, the Honorable Judge Colleen Lawless submitted petitioner's Federal Habeas Corpus petition to the Court of Appeals For the Seventh Circuit For consideration under 28 U.S.C. Section 2244(b)(3).

3) On August 28th, 2025 an ORDER was entered by the United States Court of Appeals For the Seventh Circuit Honorable Circuit Judges David F. Hamilton, Michael B. Brennan and Joshua P. Kolar, GRANTING Petitioner's application

1.

For leave to File a successive 2254 petition.

4) On September 2nd, 2025, a TEXT ORDER was entered by the Honorable Judge Colleen R. Lawless, transferred petitioner's case Central district of Illinois-Springfield division to the Eastern division of United States district Court For the Northern district of Illinois.

5) Petitioner's case was assigned to the Honorable Judge Charles p. Kocoras.

6) On September 16TH, 2025, the Honorable Judge Charles p. Kocoras submitted a request to the Executive Committee for a reassignment of petitioner's case.

7) On September 16TH, 2025, an ORDER was entered by the Executive Committee assigning petitioner's case to the Honorable Judge John Robert Blakey.

8) On October 21st, 2025, petitioner, prose,

electronically Court-Filed his motion For Judicial Disqualification pursuant to 28 U.S.C. 455 And/or 28 U.S.C. 144.

9) Since petitioner Filed his motion For Judicial Disqualification pursuant to 28 U.S.C. 455 And/or 28 U.S.C. 144, this Honorable Court has not made any ruling on petitioner's said pending motion for Judicial Disqualification; thus petitioner respectfully request a telephonic/zoom status Conference on said pending motion for Judicial Disqualification pursuant to 47 CFR Sec. 1.248.

It has been well settled under Federal Statutory Law, 47 CFR Sec. 1.248, that during a requested Status Conference the Following matters, among others, may be Considered and discussed:

(a) Clarifying, amplifying or narrowing issues designated for Consideration.

(b) motions

4

(c) Scheduling
(d) Admission of Facts, and the possibility of stipulating with respect to Facts
(e) Settlement
(F) Such other matters that may aid resolution of the issues designated for consideration.

Thus, based on the above mentioned reasons, petitioner respectfully requests a telephonic zoom status conference in this above captioned matter.

Respectfully submitted,

Michael Harper

MICHAEL HARPER, Pro Se
WESTERN ILLINOIS C.C.
2500 ROUTE 99 SOUTH
MOUNT STERLING, IL 62353

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| MICHAEL HARPER, petitioner, | FEDERAL HABEAS CORPUS |
| V. | Case No. 25 CV 11096 |
| BRITTANY GREENE respondent. | HONORABLE JUDGE JOHN ROBERT BLAKEY |

## CERTIFICATE OF SERVICE

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS 219 SOUTH DEARBORN STREET CHICAGO, ILLINOIS 60604

Please take notice that on June 4TH, 2026, the undersigned submitted for the filing a letter/request for Telephone/Zoom status conference pursuant to 47 CFR sec. 1.248 in the matter Harper vs. Greene, with the Clerk of the united States District Court for the Northern District of Illinois-Eastern Division at the address provided above by E-filing the same at Western Illinois Correctional Center Law Library 2500 Route 99 South, mount Sterling, IL 62353.

Respectfully Submitted,
Michael Harper