IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL HARPER, B03541, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 25 C 11096 |
| BRITTANY GREENE, Warden, | ) | |
| Western Illinois Correctional Center,[1] | ) | The Honorable |
| | ) | John Robert Blakey, |
| Respondent. | ) | Judge Presiding. |

**Status Report**

Pursuant to this Court's order, Doc. 19, respondent submits this status report documenting that undersigned counsel's inquiry revealed that the Court had no prior direct or indirect involvement in petitioner's state court case.

1.      On June 29, 2026, undersigned counsel learned from a representative of the Cook County State's Attorney's Office (CCSAO) that its records show that the Court had no direct or indirect involvement in petitioner's case at any point.

2.      Specifically, according to the CCSAO, its records show that the Court was an Assistant State's Attorney (ASA) from 1996 to 2000, and Chief of the Special Prosecution's Bureau from 2009 to 2014.

3.      Criminal proceedings against petitioner were initiated in 1988; he was first tried in 1993 and, following reversal on appeal, he was retried and convicted in

---

[1] Jeffrey Maher is the warden of the Western Illinois Correctional Center, where petitioner is incarcerated, and should be substituted as respondent. *See* Fed. R. Civ. P. 25(d).

1994. This Court was not an ASA during these time periods and had no involvement in petitioner's criminal trial(s).

4. Petitioner initiated his postconviction proceedings in 1997, and those proceedings were ongoing while the Court was an ASA (from 1996 to 2000) and when the Court was the Chief of the Special Prosecutions Bureau (from 2009 to 2014). However, petitioner's case was assigned to the CCSAO's Postconviction Unit, and the CCSAO reports that the Court was never assigned to that unit. In addition, the Special Prosecutions Bureau does not appear to have had any involvement in petitioner's postconviction case, nor would it be expected to have had any involvement because the CCSAO never dismissed petitioner's charges. Furthermore, although the CCSAO dismissed the charges against petitioner's codefendant, Arthur Brown, the Special Prosecutions Bureau was not involved in Brown's case, either. The Court therefore had no direct or indirect involvement with petitioner's case during its employment at the CCSAO.

July 1, 2026

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: s/ Gopi Kashyap
GOPI KASHYAP, Bar No. 6289886
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(773) 590-7938
gopi.kashyap@ilag.gov

2

## CERTIFICATE OF SERVICE

I certify that on July 1, 2026, I electronically filed the foregoing **Status Report** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and arranged for a copy of the document to be mailed via the United States Postal Service to the following non-CM/ECF user:

Michael Harper, B03541
Western Illinois Correctional Center
2500 Rt. 99 South
Mount Sterling, IL 62353

s/ Gopi Kashyap
GOPI KASHYAP, Bar No. 6289886
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(773) 590-7938
gopi.kashyap@ilag.gov
