## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Harper v. Greene     Case Number: 25-cv-11096

An appearance is hereby filed by the undersigned as attorney for:

Respondent Brittany Greene, Warden

Attorney name (type or print): Lauren E. Schneider

Firm: Office of the Ilinois Attorney General

Street address: 115 South LaSalle Street

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6342598
(See item 3 in instructions)     Telephone Number: 773-505-5275

Email Address: lauren.schneider@ilag.gov

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you a member of the court's general bar? | ✓ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✓ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✓ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  July 8, 2026

Attorney signature:     S/ Lauren E. Schneider
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

## CERTIFICATE OF SERVICE

I certify that on July 8, 2026, I electronically filed the foregoing with the

Clerk of the United States District Court for the Northern District of Illinois,

Eastern Division, using the CM/ECF system, and on the same date arranged for a

copy of this document to be mailed via the United States Postal Service to the

following non-CM/ECF user:

Michael Harper, B03541
Western Illinois Correctional Center
2500 Route 99 South
Mount Sterling, IL 62353

/s/ Lauren E. Schneider
LAUREN E. SCHNEIDER, Bar No. 6342598
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(773) 505-5275
lauren.schneider@ilag.gov

*Counsel for Respondent*