**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Michael Harper

                        Plaintiff,

v.                                          Case No.: 1:25–cv–11096

                                          Honorable John Robert Blakey

Habeas Attorney General

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Respondent's motion to extend time [24] and strikes the 7/22/26 Notice of Motion date. Warden Greene shall respond to the petition by 8/24/26; Mr. Harper may file any reply by 9/8/26. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.