IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HARPER, B03541, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 25 C 11096 |
| | ) | |
| BRITTANY GREENE, Warden, | ) | |
| Western Illinois Correctional Center, | ) | The Honorable |
| | ) | John Robert Blakey, |
| Respondent. | ) | Judge Presiding |

**MOTION FOR EXTENSION OF TIME TO FILE HABEAS RESPONSE**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent moves for a 30-day extension of time to respond to the above-captioned petition for a writ of habeas corpus, from August 24, 2026, to and including September 23, 2026. An affidavit in support of this motion is attached.

August 17, 2026

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: /s/ Lauren E. Schneider

LAUREN E. SCHNEIDER, Bar No. 6342598
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(773) 505-5275
lauren.schneider@ilag.gov

State of Illinois )
) ss.
County of Cook )

**AFFIDAVIT**

LAUREN SCHNEIDER, being first duly sworn upon oath, deposes and states as follows:

1. I am the Illinois Assistant Attorney General assigned to prepare a response to the habeas corpus petition filed in this case. This case was reassigned from another Assistant Attorney General to me on July 6, 2026, and I filed my appearance on July 8, 2026. Doc. 22. Prior to this assignment, I have never worked on this case, nor on petitioner's codefendant's case.

2. Pursuant to this Court's order, an answer or other responsive pleading to petitioner's successive 28 U.S.C. § 2254 petition for a writ of habeas corpus is due on or before August 24, 2026. *See* Doc. 26. Despite due diligence, I will be unable to file the responsive pleading by that date.

3. I have received all state-court materials necessary to drafting an informed response to the petition, completed my review of these materials and drafted the responsive pleading, but my supervisors have requested additional time to complete their review of the draft.

4. In addition to this case, I am responsible for drafting the State's appellee's brief in *People v. Doss*, No. 132785 (Ill. S. Ct.), currently due August 19, 2026; a responsive pleading in *Bowman v. Johnson*, No. 13 C 6444 (N.D. Ill.), due September 21, 2026; and the State's response to the certification of a question for

interlocutory appeal in *In re Commitment of Maxey*, No. 1-26-1545 (Ill. App. Ct.), currently due September 18, 2026.

5. Petitioner in this matter is pro se and incarcerated at Western Illinois Correctional Center. Thus, I have no opposing counsel with whom to confer to ascertain whether petitioner objects to this extension motion.

6. This is respondent's second request for an extension of time.

7. This motion is not for purposes of delay but is being made solely to ensure that respondent's interests are adequately protected.

FURTHER AFFIANT SAYETH NOT.

By: /s/ Lauren E. Schneider
LAUREN E. SCHNEIDER

## CERTIFICATE OF SERVICE

I certify that on August 17, 2026, I electronically filed the foregoing **Motion for Extension of Time to File Habeas Response** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date arranged for a copy of this document to be mailed via the United States Postal Service to the following non-CM/ECF user:

Michael Harper, B03541
Western Illinois Correctional Center
2500 Route 99 South
Mount Sterling, IL 62353

/s/ Lauren E. Schneider
LAUREN E. SCHNEIDER, Bar No. 6342598
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(773) 505-5275
Lauren.Schneider@ilag.gov

*Counsel for Respondent*