[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

Michael Harper

Plaintiff

v.

Brittany Greene

Defendant

Case Number: 25 C 11096

Judge: Hon. John Robert Blakey

## NOTICE OF MOTION

**TO:** The Hon. John Robert Blakey

Judge Presiding

________________________

**PLEASE TAKE NOTICE** that on August 19, 2026 **at** 11:00 A.M.**,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Blakey or any judge sitting in his or her stead in **Courtroom** 1203 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion for Extension of Time to File Habeas Response

## CERTIFICATE OF SERVICE

I hereby certify that on ____________, I provided service to the person or persons listed above by the following means: see following page

Signature: ____________________ Date: ____________

Name (Print): ____________________

Address: ____________________ Phone: ____________

____________________

____________________

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date arranged for a copy of this document to be mailed via the United States Postal Service to the following non-CM/ECF user:

Michael Harper, B03541
Western Illinois Correctional Center
2500 Route 99 South
Mount Sterling, IL 62353

/s/ Lauren E. Schneider
LAUREN E. SCHNEIDER, Bar No. 6342598
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(773) 505-5275
lauren.schneider@ilag.gov

*Counsel for Respondent*