**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Michael Harper
Plaintiff,
v.
Habeas Attorney General
Defendant.

Case No.: 1:25−cv−11096
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable John Robert Blakey: The Court grants Petitioner's "motion for order," [30]. In the motion, Petitioner explains that he learned this Court granted Respondent's motion for extension of time, but he did not receive a copy of the Order; nor did he receive a copy of Respondent's motion. The docket shows that both the motion and the order were mailed to Petitioner, and neither the motion nor the order was returned as undeliverable. But in this one instance, the Court directs Respondent's counsel to make arrangements with the litigation coordinator at Petitioner's prison to hand deliver to Petitioner a copy of this order, Respondent's motion, [27], and the Court's order granting the motion, [29]. Respondent shall file, by 9/23/26, a proof of service signed by Petitioner attesting to receipt of these documents. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.