MR

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 06 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MICHAEL HARPER, B03541,
Petitioner,

v.

BRITTANY GREENE, Warden,
Western Illinois C.C.,
Respondent.

No.: 25 C 11096

EK

The Honorable
John Robert Blakey
Judge, Presiding.

MOTION FOR EXTENSION OF TIME
TO FILE A REPLY TO RESPONDENT'S
MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 7(b)(1), petitioner, Michael Harper, moves the Court for a 30 day extension of time to respond to the respondent's motion to dismiss, from October 9th, 2026, to and including November 8th, 2026. An affidavit in support of this motion for extension of time is attached hereto.

September 29, 2026

Respectfully submitted,

/s/ Michael Harper

Michael Harper, B03541
Western Illinois C.C.
Mt. Sterling, IL 62353

State of Illinois )
) SS.
County of Brown )

AFFIDAVIT

Michael Harper, B03541, being first duly sworn upon oath, deposes and states as follows:

1. I am the affiant, and am housed at Western Illinois Correctional Center.

2. Pursuant to this Court's order, any reply to respondent's response is due on or before October 9, 2026. See Doc. 29.

3. On September 29, 2026, I received respondent's response.

4. Despite due diligence, I will be unable to file a reply by that date. I have begun preparing an informed reply to respondent's response, but after the reply is completed, I will have to submit a request to Western's law library clerk, requesting to be scheduled for the law library pass so I can get copies of the said reply. Barring the facility is not on lockdown, it can take anywhere from 3 days to a week to receive a call pass for the law library, which means: I will need additional time.

5. This motion is not for the purpose of delay, but is being made for the reasons stated in paragraphs 3 and 4 of this affidavit.

Further affiant sayeth not.

By: Michael Harper
Michael Harper

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HARPER, B03541,<br>Petitioner,<br><br>v.<br><br>BRITTANY GREENE, Warden,<br>Western Illinois C.C.<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 25 C 11096<br><br>The Honorable<br>John Robert Blakey<br>Judge Presiding. |

CERTIFICATE OF SERVICE

TO: Lauren E Schneider
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on September 29, 2026, I have placed the original MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO RESPONDENT'S MOTION TO DISMISS for filing with the Clerk of the United States District Court of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, in the institutional mail system at Western Illinois Correctional Center, 2500 Route 99 South, Mount Sterling, Illinois 62353, First Class postage prepaid, and a copy was mailed to the opposing counsel at the address above.

September 29, 2026

Respectfully submitted,

/s/ Michael Harper

Michael Harper, Pro Se

Michael Harper, B03541
Western Illinois C.C.
2500 Rt. 99 South
Mt. Sterling, IL 62353

MICHAEL HARPER, B03541
WESTERN ILLINOIS C.C.
2500 ROUTE 99 SOUTH
MOUNT STERLING, IL 62353

This Correspondence is from an Individual in Custody in the Illinois Department of Corrections

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 62353 $ 000.78⁰
02 7W
0008040585 SEP 30 2026

LEGAL MAIL

CLERK OF THE
UNITED STATES DISTRICT COURT
OF ILLINOIS, EASTERN DIVISION
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
OCT 0 6 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

606J481702 5

10/06/2026-17