**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Michael Harper
Plaintiff,
v.
Habeas Attorney General
Defendant.

Case No.: 1:25−cv−11096
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable John Robert Blakey: The Court grants Petitioner's motion to extend time [36]. Petitioner shall respond to the pending motion to dismiss [33] by 11/9/26, and Respondent shall file any reply by 11/23/26. In light of the certificate of service [32], the Court denies Petitioner's 10/5/26 motion [35]. The 10/21/2026 Notice of Motion date is stricken. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.